T. Steven Har (TH2601)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

*Attorneys for Plaintiff*
*KEB NY Financial Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEB NY Financial Corp.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kyeco Organization LLC and Kye S. Chun<br><br>　　　　　Defendants. | Civil Action No. 10-CIV-5467 (RJH) |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, KEB NY Financial Corp. ("KEB" or "Plaintiff"), by its undersigned counsel, Duane Morris LLP, will hereby move before this Court, Hon. Richard J. Holwell, United States District Judge, for an order pursuant to Fed. R. Civ. P. 55(b) granting plaintiff's motion for entry of default judgment in plaintiff's favor against defendants Kyeco Organization LLC and Kye S. Chun, individually.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed commencing the within action, the Declaration of T. Steven Har filed simultaneously herewith,

the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and complaint, in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of default judgment has been annexed hereto.

Dated: New York, New York
       December 20, 2010

>                       DUANE MORRIS LLP
>                       *Attorneys for Plaintiff, KEB NY Financial Corp.*
>
>
>                       By:  *s/ T. Steven Har*
>                            T. Steven Har
>                            1540 Broadway
>                            New York, New York 10036
>                            212) 692-1000
>                            (212) 692-1020
>                            TSHar@duanemorris.com

To:   Kyeco Organization LLC
      2 East Hartshorn Drive
      Milburn, NJ 07078

      Kye S. Chun
      2 East Hartshorn Drive
      Milburn, NJ 07078

DM1\2440627.1

2