UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEB NY FINANCIAL CORP.,

                10-CIV-5467 (RJH)

          Plaintiff,

        -against-                 **CERTIFICATE OF SERVICE**

KYECO ORGANIZATION LLC and
KYE S. CHUN

          Defendants.
------------------------------------------------------------X

       I, JULIA L. WATTS, hereby certify that I am employed in the County of New York, State of New York, am over the age of 18 and not a party to the within action. My business address is 1540 Broadway, 12th Floor, New York, New York 10036.

       On December 20, 2010, I served the foregoing document(s) described as: NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF T. STEVEN HAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b), EXHIBITS A-D, and DEFAULT JUDGMENT on the interested parties in this action via First Class Mail, at the addresses listed below, as follows:

       Kyeco Organization LLC
       2 East Hartshorn Drive
       Milburn, NJ 07078

       Kye S. Chun
       2 East Hartshorn Drive
       Milburn, NJ 07078

       by placing a true copy thereof enclosed in a sealed envelope, addressed as above, and by placing said sealed envelope for collection and mailing on that date.

                                                                            Julia L. Watts

Sworn to before me this 21st
day of December, 2010

_____
NOTARY PUBLIC

LAURIE DEALE
Notary Public, State of New York
No. 01DE6144191
Qualified in Westchester County
COMMISSION EXPIRES 04/24/2014

DMI\2444087.1

## Replies, Opposition and Supporting Documents
1:10-cv-05467-RJH KEB NY Financial Corp. v. Kyeco Organization LLC et al
ECF, RELATED

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:07 PM EST and filed on 12/20/2010

**Case Name:** KEB NY Financial Corp. v. Kyeco Organization LLC et al
**Case Number:** 1:10-cv-05467-RJH
**Filer:** KEB NY Financial Corp.
**Document Number:** 9

**Docket Text:**
**DECLARATION of T. Steven Har in Support re: [8] MOTION for Default Judgment as to *Kyeco Organization LLC and Kye S. Chun*.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default as to Kye S. Chun, # (2) Text of Proposed Order Default as to Kyeco Organization)(Har, Taewoong)**


**1:10-cv-05467-RJH Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-05467-RJH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066074-0] [b06bbebec5cccb68b6bff89af0b7a5f0f23175e27dba7e9ca96e7a6ca862997205 df5c0b96e1997f1ca9c08eaa4e5333a07a8986b29b3636b447c9d0613a014e]]
**Document description:** Text of Proposed Order Default as to Kye S. Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066074-1] [a692ee712dc692945207a4647b8c110502f404f07d64a897e43e2fe51f5794c429 c2745423a52922c498d694e190bf61b8964de7883e8368f10748c3f834ac47]]
**Document description:** Text of Proposed Order Default as to Kyeco Organization
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066074-2] [5f6879e17c4c4c358104b6ae7bd42ef90c9e34afb94d799b7025b88863f671013b b9bdeb7817af69be46a0321077ed5db425d4b63381478e3581bef911f8f536]]