USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

KEB NY Financial Corp.,

        Plaintiff,

    -against-

Kyeco Organization LLC and Kye S. Chun,

        Defendants.

---------------------------------------------------------------x

10 Civ. 05467 (RJH) (JCF)

**DEFAULT JUDGMENT**

    Plaintiff KEB NY Financial Corporation having filed a motion for default judgment [8] in the above-captioned action, and it appearing to this Court from plaintiff's supporting papers, including the Clerk of Court's Certificate of Default, that defendants Kyeco Organization LLC and Kye S. Chun, having been duly served, have failed to appear, answer, or plead in the action, and are therefore in default, it is hereby

    ORDERED that plaintiff's motion for default judgment as to liability is GRANTED, and that this matter be referred to Magistrate Judge James C. Francis to perform an inquest to determine the appropriate award of damages plus reasonable attorney's fees, if any.

SO ORDERED.

Dated: New York, New York
~~December 23, 2010~~
1/14/11

Richard J. Holwell
United States District Judge

1